**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                                                         **06 Cr. 839 (DGT)**

          - against -

                                                         **ORDER**

**JOHN GIGLIO, et al.,**

                    **Defendants.**

-------------------------------------------------------------- x

          IT IS HEREBY ORDERED that the Order Setting Conditions of Release and

Bond as to defendant Edward Fisher in the above-captioned case is amended to allow him to

leave his home, for the purpose of attending: 1) medical and dental appointments; 2) court

appearances; and 3) attorney visits (all with prior approval from Pretrial Services); and 4) co-

defendant meetings in the presence of counsel (with prior approval from Pretrial Services and on

notice to the United States Attorney's Office).

Dated: April /9, 2007
       Brooklyn, New York


                         **SO ORDERED:**


                            s/Hon. David G. Trager
                         _____
                         **HON. DAVID G. TRAGER**
                         **United States District Judge**