**DOCKET NUMBER**: 06-839     **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE**: Trager     **DATE:** 4/30/2009     **TIME IN COURT** 00 **HRS** 30 **MINS**
**DEFENDANT'S NAME**: Edward Fisher     **DEFENDANTS #** _

| X | Present | ☐ | Not Present | ☐ | Custody | X | Not Custody |

**DEFENSE COUNSEL**: Andrew Weinstein

| ☐ | Federal Defender | ☐ | CJA | X | Retained |

**A.U.S.A.**: Amy Busa     **Case Manager**: Ezra Spilke

**ESR** Gene Rudolph (CR)     **INTERPRETER**: n/a     **LANGUAGE**: ___

- ☐ Revocation of Probation non contested
- ☐ Revocation of Probation contested
- X Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

- X CASE CALLED.     _ SENTENCING ADJ'D TO_____.
- X SENTENCING HELD.     X STATEMENTS OF DEFT AND COUNSEL HEARD.
- X DEFT SENTENCED ON COUNT(S) 1-5

Sentence: 1 yr., 1 day cust.; 3 yr S/R; $500 sp. ass.; $30,000 fine

RMG OPEN COUNTS ARE DISMISSED ON     X     GOVTS     _     COURT'S MOTION
_  ***COURT ADVISED DEFT OF RIGHT TO APPEAL.***     _     I.F.P. GRANTED.
X  ***DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.***
_  DEFT REMANDED.     _ DEFT ON BAIL PENDING APPEAL.
X  **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**

## UTILITIES

- ☐ ~Util-Plea Entered     ☐ ~Util-Add terminate Attorneys     ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter     ☐ ~Util-Indictment Un Sealed     ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines     ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings     ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties     ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES     X NO
**TEXT** Defendant to surrender 7/6/2009